IN THE UNITED STATES WESTERN DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN DOE 52,

                        Plaintiff,

    v.                                                                  Civil Action No. 14CV387

MAYO CLINIC HEALTH SYSTEM – EAU CLAIRE CLINIC, INC.
DAVID A. VAN DE LOO, PROASSURANCE CASUALTY COMPANY
F/D/B/A PHYSICIANS INSURANCE COMPANY OF WISCONSIN, and
INJURED PATIENTS AND FAMILIES COMPENSATION FUND.

                        Defendants.

---

**NOTICE OF MOTION RE JOINT MEMORANDUM IN SUPPORT OF MOTIONS FOR AN AMENDED JURISDICTIONAL STATEMENT FROM PLAINTIFF OR, ALTERNATIVELY
TO DISMISS ALL CLAIMS AGAINST MAYO CLINIC HEALTH SYSTEM – EAU CLAIRE CLINIC, INC. AND PROASSURANCE CASUALTY COMPANY AS ITS INTERESTS RELATE TO MAYO CLINIC HEALTH SYSTEM – EAU CLAIRE CLINIC, INC., PURSUANT TO
FED. R. CIV. P. 12(b)(1) AND FED. R. CIV. P 12(b)(6)**

---

Mayo Clinic Health System – Eau Claire Clinic, Inc. (the Clinic), and ProAssurance Casualty Company ("ProAssurance") as its interest relates to the Clinic, hereby move to compel plaintiff to file an amended jurisdictional statement sufficient to establish diversity jurisdiction, or in the alternative, to dismiss all of plaintiff's claims against them pursuant to Fed. R. Civ. P. 12(b)(1). These defendants also move for dismissal of all claims against them for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6)

This motion is supported by the Joint Memorandum In Support Of Motions For An Amended Jurisdictional Statement From Plaintiff Or, Alternatively, To Dismiss All Claims Against Mayo Clinic Health System – Eau Claire Clinic, Inc. And ProAssurance Casualty

Company As Its Interests Relate To Mayo Clinic Health System – Eau Claire Clinic, Inc., Pursuant To Fed. R. Civ. P. 12(B)(1) And Fed. R. Civ. P 12(B)(6), filed in this matter.

Dated this 9th day of June, 2014.

                        AXLEY BRYNELSON, LLP

                        /s/ Guy DuBeau
                        Guy DuBeau, SB# 1000743
                        Attorneys for Mayo Clinic Health System – Eau Claire
                        Clinic, Inc. and ProAssurance Casualty Company, as its
                        interests relate to Mayo Clinic Health System – Eau Claire
                        Clinic, Inc.
                        2 East Mifflin Street, Suite 200 (53703)
                        Post Office Box 1767
                        Madison, WI 53701-1767
                        608-257-5661
                        gdubeau@axley.com