IN THE UNITED STATES WESTERN DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

JOHN DOE 52,

                Plaintiff,

    v.                                                                       Civil Action No. 14CV387

MAYO CLINIC HEALTH SYSTEM – EAU CLAIRE CLINIC, INC.
DAVID A. VAN DE LOO, PROASSURANCE CASUALTY COMPANY
F/D/B/A PHYSICIANS INSURANCE COMPANY OF WISCONSIN, and
INJURED PATIENTS AND FAMILIES COMPENSATION FUND.

                Defendants.

---

**NOTICE OF MOTION AND MOTION TO DISMISS ALL CLAIMS
AGAINST MAYO CLINIC HEALTH SYSTEM – EAU CLAIRE CLINIC, INC. AND
PROASSURANCE CASUALTY COMPANY AS ITS INTERESTS RELATE TO MAYO
CLINIC HEALTH SYSTEM – EAU CLAIRE CLINIC, INC., CONTAINED IN
PLAINTIFF'S AMENDED COMPLAINT PURSUANT TO
FED. R. CIV. P 12(b)(6)**

---

      Please take notice that Mayo Clinic Health System – Eau Claire Clinic, Inc. (the Clinic), and ProAssurance Casualty Company ("ProAssurance") as its interest relates to the Clinic, will move and hereby does move for dismissal of all claims against them for failure to state a claim upon which relief can be granted pursuant to Fed. R. Civ. P. 12(b)(6)

      This motion is supported by the Memorandum In Support Of Motion To Dismiss All Claims Against Mayo Clinic Health System – Eau Claire Clinic, Inc. And ProAssurance

Casualty Company As Its Interests Relate To Mayo Clinic Health System – Eau Claire Clinic, Inc., Pursuant To Fed. R. Civ. P 12(b)(6), filed in this matter.

Dated this 27th day of June, 2014.

                AXLEY BRYNELSON, LLP

                /s/ Guy DuBeau
                Guy DuBeau, SB# 1000743
                Attorneys for Mayo Clinic Health System – Eau Claire Clinic, Inc. and ProAssurance Casualty Company, as its interests relate to Mayo Clinic Health System – Eau Claire Clinic, Inc.
                2 East Mifflin Street, Suite 200 (53703)
                Post Office Box 1767
                Madison, WI 53701-1767
                608-257-5661
                gdubeau@axley.com

F:\EAFDATA\10680\71957\01470429.DOCX