UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DOE 52,

    Plaintiff,                                            Case No. 14-CV-387

v.

MAYO CLINIC HEALTH SYSTEM—EAU CLAIRE
CLINIC, INC., DAVID A. VAN DE LOO, M.D.,
PROASSURANCE CASUALTY COMPANY,
INJURED PATIENTS AND FAMILIES
COMPENSATION FUND,

    Defendants.

**MOTION TO JOIN MAYO CLINIC HEALTH SYSTEM—
EAU CLAIRE CLINIC, INC.'S MOTION TO COMPEL PLAINTIFF
TO PROCEED UNDER HIS REAL NAME**

NOW COME Defendants, David A. Van de Loo, M.D. and ProAssurance Casualty Company (as its interests relate on the merits to Dr. Van de Loo) (hereinafter, collectively, "Dr. Van de Loo"), by and through their attorneys of record, Wilson Elser Moskowitz Edelman & Dicker, LLP, and hereby move to join Mayo Clinic Health System—Eau Claire Clinic, Inc.'s Motion to Compel Plaintiff to Proceed Under His Real Name pursuant to Federal Rule of Civil Procedure 10(a). (Dkt. Doc. No. 53, 9/24/14.)

Dated this 1st day of October, 2014.

                                                           WILSON ELSER MOSKOWITZ EDELMAN & DICKER, LLP
Attorneys for Defendants David A. Van de Loo, MD and ProAssurance Casualty Company (as its interests relate on the merits to David A. Van de Loo, MD)


                                                           __/s Brent A. Simerson_____
Brent A. Simerson
State Bar No. 1079280
River Bank Plaza, Suite 600
740 N. Plankinton Avenue
Milwaukee, WI 53203
Telephone: (414) 276-8816
Fax: (414) 276-8819
E-mail: brent.simerson@wilsonelser.com