IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JOHN DOE 52,

    Plaintiff,

v.

MAYO CLINIC HEALTH SYSTEM – EAU
CLAIRE CLINIC, INC., DAVID A. VAN DE
LOO, PROASSURANCE CASUALTY CO.
and INJURED PATIENTS AND FAMILIES
COMPENSATION FUND

    Defendants.

JUDGMENT IN A CIVIL CASE

Case No. 14-cv-387-wmc

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

_____

    IT IS ORDERED AND ADJUDGED that this case is dismissed as to all defendants pursuant to Federal Rule of Civil Procedure 12(b)(6).

<br>

s/ J. Titak, Deputy Clerk                  4/7/2015
Peter Oppeneer, Clerk of Court             Date