

www.Verbatim-Madison.com

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10728 | 3/10/2015 | 6025 |
| Job Date | Case No. | |
| 2/23/2015 | 14CV387 | |
| Case Name | | |
| John Doe 52 vs. Mayo Clinic Health System, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

Guy DuBeau, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

---

ORIGINAL AND ONE COPY OF THE FOLLOWING DEPOSITION:

| | | | |
|---|---|---|---|
| Mindy Mitnick | | | 622.50 |
| Reporter Attendance | 4.00 | Hours | 80.00 |
| Exhibits-Hard copy, scanned | 533.00 | Pages | 213.20 |
| Exhibits (For Orig. Transcript) | 493.00 | Pages | 98.60 |
| Shipping (Original Exhibits) | | | 7.50 |
| | | **TOTAL DUE >>>** | **$1,021.80** |

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*OK to pay*
*SJD/dm*
*1132106!.015*
*10680.71957*

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

---

Guy DuBeau, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Invoice No. : 10728
Invoice Date : 3/10/2015
**Total Due** : **$ 1,021.80**

*please pay*

Job No. : 6025
BU ID : Verbatim
Case No. : 14CV387
Case Name : John Doe 52 vs. Mayo Clinic Health System, et al.

**Remit To: Verbatim Reporting, Limited**
**2 East Mifflin Street, Suite 102**
**Madison, WI 53703**

EXHIBIT 1