# INVOICE



| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10573 | 1/26/2015 | 5883 |
| Job Date | Case No. | |
| 1/15/2015 | 14CV387 | |
| Case Name | | |
| John Doe 52 vs. Mayo Clinic Health System, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

Guy DuBeau, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

ORIGINAL AND ONE COPY OF THE FOLLOWING DEPOSITION:

~~[redacted]~~ John Doe 52     667.50
Reporter Attendance    4.25 Hours    85.00
Scanned Exhibits    22.00 Pages    4.40
**TOTAL DUE >>>    $756.90**

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

*OK to pay*
*xx01dm?*
*1132/DC:015*
*10680.71957*

*please pay [signature]*

Tax ID: 13-4232114

*Please detach bottom portion and return with payment.*

Guy DuBeau, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No. : 5883    BU ID : Verbatim
Case No. : 14CV387
Case Name : John Doe 52 vs. Mayo Clinic Health System, et al.
Invoice No. : 10573    Invoice Date : 1/26/2015
Total Due : $ 756.90

Remit To: Verbatim Reporting, Limited
2 East Mifflin Street, Suite 102
Madison, WI 53703

**PAYMENT WITH CREDIT CARD**

Cardholder's Name: _____
Card Number: _____
Exp. Date: _____ Phone#: _____
Billing Address: _____
Zip: _____ Card Security Code: _____
Amount to Charge: _____
Cardholder's Signature: _____

EXHIBIT 2