# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10526 | 1/14/2015 | 5880 |
| Job Date | Case No. | |
| 1/7/2015 | 14CV387 | |
| Case Name | | |
| John Doe 52 vs. Mayo Clinic Health System, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |


www.Verbatim-Madison.com

Guy DuBeau, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

ORIGINAL AND ONE COPY OF THE FOLLOWING DEPOSITION:
~~████~~ Mother of John Doe 52 — 420.00
Reporter Attendance — 3.00 Hours — 60.00
ORIGINAL AND ONE COPY OF THE FOLLOWING DEPOSITION:
~~████~~ Father of John Doe 52 — 142.50

TOTAL DUE >>> $622.50

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

ok to pay
audmt
11321 oc: 015
10680.71957

Tax ID: 13-4232114

*Please detach bottom portion and return with payment.*

Guy DuBeau, Attorney
Axley Brynelson, LLP
2 East Mifflin Street, Suite 200
Madison, WI 53703

Job No. : 5880  BU ID : Verbatim
Case No. : 14CV387
Case Name : John Doe 52 vs. Mayo Clinic Health System, et al.
Invoice No. : 10526  Invoice Date : 1/14/2015
Total Due : $ 622.50

Remit To: Verbatim Reporting, Limited
2 East Mifflin Street, Suite 102
Madison, WI 53703

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:                Phone#:
Billing Address:
Zip:                Card Security Code:
Amount to Charge:
Cardholder's Signature:

EXHIBIT 3