**Affiliated Video**
2935 Old Hwy. 8
Roseville, MN 55113

# Invoice

Number: 1072

Date: October 16, 2014

Bill To:
Guy DuBeau, Esq.
Attorney at Law
2 East Mifflin Street
Suite 200
Madison, WI 53703

| Date | Description | Amount |
|---|---|---|
| 10-13-14 | Re: Doe 52 v. Mayo Clinic Eau Claire, et al. | |
| | For one DVD copy of the deposition of Dr. Randall Linton. | 175.00 |
| | **Total** | **$175.00** |

**Please make checks payable to:**
Margoe Hermes 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
(651) 636-2732
gwher777@aol.com

*[handwritten notes:]* ortopony
stoldnr
1132/oc: 015
10680.71957

EXHIBIT 4