Sandra K. Fellows
c/o Affiliated Court Reporters
2935 Old Highway 8
St. Paul, Minnesota 55113

DATE DUE – UPON RECEIPT

Guy J. Dubeau
Axley
2 East Mifflin Street
Suite 200
Madison, Wisconsin 53703

10-19-14

Invoice Number: 8257
Re: John Doe 52 v. Mayo clinic Health System-Eau Claire et al.

For one copy of the depositions of Dr. Teri Stevenson, Dr. Randall Linton, and recorded statement taken on October 9 and 13, 2014:

TOTAL: $798.19

Please make check payable to Sandra K. Fellows (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)
Please enclose copy of invoice or indicate invoice number on check.

ok to pay
p gjd/dmr
1132/00:015
10680.71957

EXHIBIT 5