**Affiliated Video**
2935 Old Hwy. 8
Roseville, MN 55113

# Invoice

Number: **1080**

Date: **November 01, 2014**

Bill To:

Guy Debeau, Esq.
Attorney at Law
2 East Mifflin Street
Suite 200
Madison. WI 53703

| Date | Description | Amount |
|---|---|---|
| 10-22-14 | Re: John Doe 52 v. Mayo, et al. | |
| | For DVD copies of the depos of Dr. Jill Lenhart and Dr. John Plewa in Eau Claire, WI. | 166.00 |
| | | |
| | *OK to pay* *$$DVD in C* *1132/0e'.015* *10680 . 71957* | |
| | **Total** | **$166.00** |

*please pay (g)*

**Please make checks payable to:**
Margoe Hermes 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
(651) 636-2732
gwher777@aol.com

EXHIBIT 6