Sandra K. Fellows
c/o Affiliated Court Reporters
2935 Old Highway 8
St. Paul, Minnesota 55113


DATE DUE – UPON RECEIPT

Guy J. DuBeau
Axley Brynelson
2 East Mifflin Street
Suite 200
Madison, Wisconsin 53703

11-5-14

Invoice Number: 8269
Re: John Doe 52 v. Mayo clinic Health System-Eau Claire et al

For one copy of the depositions of Dr. Susan Rowe, Dr. John Plewa and Dr. Jill Lenhart
and Vicki Vogler taken on October 22 and 23, 2014:


Via Email

TOTAL:     $617.79


Please make check payable to Sandra K. Fellows (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)
Please enclose copy of invoice or indicate invoice number on check.

OK TO PAY GJD/DMR

1132 / DC 015

10680.71957

EXHIBIT 7