**Affiliated Video**
2935 Old Hwy. 8
Roseville, MN 55113

# Invoice

Number: 1084

Date: **November 01, 2014**

**Bill To:**

Guy Debeau, Esq.
Attorney at Law
2 East Mifflin Street
Suite 200
Madison, WI 53703

| Date | Description | Amount |
|---|---|---|
| 10-23-14 | Re: John Doe 52 v. Mayo, et al. | |
| | Fo DVD copies of the depos of Vicki Vogler and Dr. Susan Rowe In Eau Claire, WI. | 109.50 |

*OK to pay*
*[handwritten notation]*
1132 1 OC: 015
10680.71957

| | Total | $109.50 |

*[signature]*

**Please make checks payable to:**
Margoe Hermes  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
(651) 636-2732
gwher777@aol.com

EXHIBIT 8