Randcran #21)

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10729 | 3/10/2015 | 6025 |
| Job Date | Case No. | |
| 2/23/2015 | 14CV387 | |

| Case Name |
|---|
| John Doe 52 vs. Mayo Clinic Health System, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |

**VERBATIM**
REPORTING, LIMITED
www.Verbatim-Madison.com

Jeremy Gill, Attorney
Nash, Spindler, Grimstad & McCracken, LLP
1425 Memorial Drive
Manitowoc, WI 54220

ONE E-TRANSCRIPT OF THE FOLLOWING DEPOSITION:

   Mindy Mitnick                                                                                                      323.70
     Scanned Exhibits                 533.00 Pages               106.60

                                       **TOTAL DUE >>>**         **$430.30**

Complimentary e-Transcript.

   Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.



NASH, SPINDLER
GRIMSTAD & McCRACKEN
MAR 13 2015
RECEIVED

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

Jeremy Gill, Attorney
Nash, Spindler, Grimstad & McCracken, LLP
1425 Memorial Drive
Manitowoc, WI 54220

| Invoice No. | : | 10729 |
|---|---|---|
| Invoice Date | : | 3/10/2015 |
| **Total Due** | : | **$ 430.30** |

| Job No. | : | 6025 |
|---|---|---|
| BU ID | : | Verbatim |
| Case No. | : | 14CV387 |
| Case Name | : | John Doe 52 vs. Ma... et al. |

**Remit To:** **Verbatim Reporting, Limited**
                  **2 East Mifflin Street, Suite 102**
                  **Madison, WI 53703**

**EXHIBIT A**

To Co 3/13/15