*Fund (Van de Loo #24)*

# INVOICE

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10575 | 1/26/2015 | 5883 |
| Job Date | Case No. | |
| 1/15/2015 | 14CV387 | |

| Case Name |
|---|
| John Doe 52 vs. Mayo Clinic Health System, et al. |

| Payment Terms |
|---|
| Net 30 - 1.5%/month thereafter |


www.Verbatim-Madison.com

NASH, SPINDLER
GRIMSTAD & McCRACKEN
JAN 28 2015
RECEIVED

Jeremy Gill, Attorney
Nash, Spindler, Grimstad & McCracken, LLP
1425 Memorial Drive
Manitowoc, WI 54220

ONE COPY OF THE FOLLOWING DEPOSITION:

▬▬▬▬▬ JD 52        347.10
Shipping        7.50
Scanned Exhibits    22.00 Pages      4.40

**TOTAL DUE >>>     $359.00**

Complimentary e-Transcript.

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114

*Please detach bottom portion and return with payment.*

---

Jeremy Gill, Attorney
Nash, Spindler, Grimstad & McCracken, LLP
1425 Memorial Drive
Manitowoc, WI 54220

Job No. : 5883     BU ID : Verbatim
Case No. : 14CV387
Case Name : John Doe 52 vs. Mayo Clinic Health System, et al.
Invoice No. : 10575     Invoice Date : 1/26/2015
Total Due : $ 359.00

**PAYMENT WITH CREDIT CARD**

Cardholder's Name:
Card Number:
Exp. Date:     Phone#:
Billing Address:
Zip:     Card Security
Amount to Charge:
Cardholder's Signature:

**Remit To: Verbatim Reporting, Limited
2 East Mifflin Street, Suite 102
Madison, WI 53703**


EXHIBIT B

To Co 2/9/15