*FNMD (Van # 27)*

# INVOICE



NASH, SPINDLER
GRIMSTAD & McCRACKEN
JAN 16 2015
RECEIVED

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 10529 | 1/14/2015 | 5880 |
| Job Date | Case No. | |
| 1/7/2015 | 14CV387 | |
| Case Name | | |
| John Doe 52 vs. Mayo Clinic Health System, et al. | | |
| Payment Terms | | |
| Net 30 - 1.5%/month thereafter | | |

Jeremy Gill, Attorney
Nash, Spindler, Grimstad & McCracken, LLP
1425 Memorial Drive
Manitowoc, WI 54220

ONE COPY OF THE FOLLOWING DEPOSITION:  PAID              218.40
   ~~Shipping~~                                             7.50
Shipping
ONE COPY OF THE FOLLOWING DEPOSITION:  FEB 05 2015
   ~~~~                                                    74.10
                                        60085
                                                TOTAL DUE >>>   $300.00

Complimentary e-Transcript.

*JD 52's parents*

Thank you. Your business is appreciated.
We now take Visa/MasterCard/Discover for payments.

**Tax ID:** 13-4232114



EXHIBIT C