*Hermes*  Fund (Vandelo- J052)
#27

# Affiliated Video
2935 Old Hwy. 8
Roseville, MN 55113

NASH, SPINDLER
GRIMSTAD & McCRACKEN
OCT 20 2014
RECEIVED

# Invoice
Number: **1073**
Date: **October 16, 2014**

**Bill To:**
Justin Wallace, Esq.
Attorney at Law
1425 Memorial Drive
Manitowoc, WI 54220-6707

PAID
NOV 07 2014
59729

| Date | Description | Amount |
|---|---|---|
| 10-13-14 | Re: Doe 52 v. Mayo Clinic Eau Claire, et al. | |
| | For one DVD copy of the deposition of Dr. Randall Linton. | 175.00 |
| | Total | $175.00 |

**Please make checks payable to:**
Margoe Hermes  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
(651) 636-2732
gwher777@aol.com

EXHIBIT
D


To Nash