Fund (Van deLoo #27)

Sandra K. Fellows
c/o Affiliated Court Reporters
2935 Old Highway 8
St. Paul, Minnesota 55113



NASH, SPINDLER
GRIMSTAD & McCRACKEN
RECEIVED OCT 22 2014

DATE DUE – UPON RECEIPT

Justin F. Wallace
Nash, Spindler, Grimstad & MCCracken
1425 Memorial Drive
Manitowoc, Wisconsin 54220

PAID
OCT 23 2014
59650

10-19-14

Invoice Number: 8258
Re: John Doe 52 v. Mayo clinic Health System-Eau Claire et al

For one copy of the depositions of Dr. Teri Stevenson, Dr. Randall Linton, and recorded statement taken on October 9 and 13, 2014:

TOTAL: $788.19

Please make check payable to Sandra K. Fellows (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)
Please enclose copy of invoice or indicate invoice number on check.



EXHIBIT E