**Affiliated Video**
2935 Old Hwy. 8
Roseville, MN 55113

# Invoice

Number: **1082**
Date: **November 01, 2014**

Fado (Van #27)

**Bill To:**
Justin Wallace, Esq.
Attorney at Law
1425 Memorial Drive
Manitowoc, WI 54220-6707

PAID
NOV 21 2014
59780

| Date | Description | Amount |
|---|---|---|
| 10-22-14 | Re: John Doe 52 v. Mayo, et al. <br> For DVD copies of the depos of Dr. Jill Lenhart and Dr. John Plewa in Eau Claire, WI. | 166.00 |
| | Total | $166.00 |

**Please make checks payable to:**
Margoe Hermes  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
(651) 636-2732
gwher777@aol.com

NASH, SPINDLER
GRIMSTAD & McCRACKEN
RECEIVED
NOV 05 2014



EXHIBIT F