Fund (Vandeloo #27)

NASH, SPINDLER
GRIMSTAD & McCRACKEN
NOV 10 2014
RECEIVED

Sandra K. Fellows
c/o Affiliated Court Reporters
2935 Old Highway 8
St. Paul, Minnesota 55113

DATE DUE – UPON RECEIPT

Justin F. Wallace
Nash, Spindler, Grimstad & MCCracken
1425 Memorial Drive
Manitowoc, Wisconsin 54220

PAID
NOV 26 2014
59807

11-5-14

Invoice Number: 8270
Re: John Doe 52 v. Mayo clinic Health System-Eau Claire et al

For one copy of the depositions of Dr. Susan Rowe, Dr. John Plewa, Dr. Jill Lenhart and Vicki Vogler taken on October 22 and 23, 2014:

TOTAL: $617.89

Please make check payable to Sandra K. Fellows (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)
Please enclose copy of invoice or indicate invoice number on check.

EXHIBIT
G

Nash