FUND (Van #27)

# Affiliated Video
2935 Old Hwy. 8
Roseville, MN 55113

**Bill To:**
Nash Spindler, Esq.
Attorney at Law
1425 Memorial Drive
Manitowoc, WI 54220-6707

NASH, SPINDLER
GRIMSTAD & McCRACKEN
NOV 5 - 2014
RECEIVED
PAID
NOV 21 2014
59780

# Invoice
Number: 1085
Date: November 01, 2014

| Date | Description | Amount |
|---|---|---|
| 10-23-14 | Re: John Doe 52 v. Mayo, et al.<br>For DVD copies of the depos of Vicki Vogler and Dr. Susan Rowe in Eau Claird, WI. | 109.50 |
| | Total | $109.50 |

**Please make checks payable to:**
Margoe Hermes  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
(651) 636-2732
gwher777@aol.com



EXHIBIT H