# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| John Doe 52,<br><br>Plaintiff,<br><br>vs.<br><br>Mayo Clinic Health System - Eau Claire Clinic, Inc., David A. Van de Loo, ProAssurance Casualty Company f/d/b/a Physicians Insurance Company of Wisconsin, and Injured Patients and Families Compensation Fund,<br><br>Defendants. | Civil Action No. 14-CV-387-wmc<br><br>NOTICE OF APPEAL |

## NOTICE OF APPEAL

Pursuant to Rules 3 and 4 of the Federal Rules of Appellate Procedure, Plaintiff in the above-named case, John Doe 52, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the District Court's April 3, 2015 Order dismissing his amended complaint (Dkt. No. 69) and the judgment entered on April 3, 2015 (Dkt. No. 70), and all prior orders affecting the judgment in this case for the above-identified Plaintiff.

DATED: April 27, 2015						Respectfully submitted,

							ROBINS KAPLAN LLP

							/s/David E. Bland
							Chris A. Messerly, #1020666
							Brandon Thompson, #1089607
							David E. Bland, MN #008795
							2800 LaSalle Plaza
							800 LaSalle Avenue
							Minneapolis, MN 55402
							Telephone: (612) 349-8500
							Facsimile: (612) 339-4181
							E-mail:	CMesserly@RobinsKaplan.com
								BThompson@RobinsKaplan.com
								DBland@RobinsKaplan.com

							-and-

							JEFF ANDERSON & ASSOCIATES, P.A.

							Jeffrey R. Anderson, #1019358
							366 Jackson Street, Suite 100
							St. Paul, MN 55101
							Telephone: (651) 227-9990

							**ATTORNEYS FOR PLAINTIFF**

85801756.1